UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CLOSEABILITY DATA SOLUTIONS, INC., | ) ) ) | CASE NO. 1:25-CV-00804 |
| | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALTISOURCE S.A.R.L., *et al.*, | ) ) | **ORDER** |
| Defendants. | ) ) | |

On December 1, 2025, Plaintiff CloseAbility Data Solutions, Inc. filed a Notice of

Voluntary Dismissal.  (Doc. 34.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the

matter is hereby DISMISSED.


**IT IS SO ORDERED.**


Date:   December 1, 2025                              _____
                                                     BRIDGET MEEHAN BRENNAN
                                                     UNITED STATES DISTRICT JUDGE